IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL W. PRUETT ,

    Plaintiff/Petitioner

v.

JOHN A. DAMON and THOMAS S. BILSKI,

    Defendants/Respondents.

ORDER

Case Nos. 17-cv-936-wmc;
17-cv-937-wmc

Plaintiff Darryl W. Pruett has filed a proposed civil complaint and a petition for writ of habeas corpus. Plaintiff seeks to commence these actions without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Darryl W. Pruett's petition for leave to proceed without prepayment of fees is GRANTED.

Entered this 15th day of December, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge