IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL WAYNE PRUETT,

    Plaintiff,

v.

JOHN A. DAMON and
THOMAS S. BILSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-936-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants John A. Damon and Thomas S. Bilski dismissing plaintiff Darryl Wayne Pruett's case pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

/s/
Peter Oppeneer, Clerk of Court

9/10/2018
Date